No. 79-5279.   LEE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79-5284.   GOMEZ v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 79-5293.   SMITH v. STEPHENSON, CORRECTIONAL SUPERINTENDENT, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 79-5296.   WILLIAMS v. UNITED STATES; and
No. 79-5337.   THOMPSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 597 F. 2d 667.

No. 79-5303.   GASKINS v. SKARMEAS ET AL.   C. A. 1st Cir. Certiorari denied.

No. 79-5312.   McDOWELL v. CIVILETTI, ATTORNEY GENERAL, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 79-5321.   LUCATERO-LOPEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79-5324.   COUNCIL v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 79-5349.   BOODLE v. NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 79-5351.   SANITI v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79-5361.   REYES-SALAS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79-5365.   BENSON v. NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 79-5369.   FARRAR v. JENKINS, WARDEN.   C. A. 7th Cir.   Certiorari denied.